[No. 66636-3-I. Division One. November 28, 2011.]

LAKE CHELAN SHORES HOMEOWNERS ASSOCIATION, *Appellant*, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-28610-1, Steven C. Gonzalez, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Schindler, J. Now published at 167 Wn. App. 28.

[No. 66838-2-I. Division One. November 28, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE WARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01208-1, Hollis R. Hill, J., entered March 22, 2011. *Remanded* by unpublished per curiam opinion.

[No. 40825-2-II. Division Two. November 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT PAUL GILBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00136-9, Leila Mills, J., entered June 4, 2010. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 29084-1-III. Division Three. November 29, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO MAGANA ARREOLA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01571-1, David A. Elofson, J., entered March 25, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.